John P. Bovich (SBN 150688)
William R. Overend (SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:   415.543.8700
Facsimile:   415.391.8269

William H. Manning (*admitted pro hac vice*)
Brad P. Engdahl (*admitted pro hac vice*)
David J. Wallace-Jackson (*admitted pro hac vice*)
Eric S. Jackson (*admitted pro hac vice*)
Jacob S. Zimmerman (*admitted pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:   612.349.8500
Facsimile:   612.339.4181

Attorneys for Plaintiff
Intergraph Hardware Technologies Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>(1) TOSHIBA CORPORATION, a Japanese corporation,<br>(2) TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation,<br>(3) NEC CORPORATION, a Japanese corporation,<br>(4) NEC USA, INC., a New York corporation<br>(5) NEC SOLUTIONS (AMERICA), INC., a Delaware corporation,<br>(6) NEC UNIFIED SOLUTIONS, INC., a Nevada corporation,<br><br>Defendants. | No.: C 06-04018 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Date:  October 2, 2006<br>Time:  4:00 p.m.<br>Place: Courtroom 15, 18th Floor<br><br>Honorable Marilyn Hall Patel |

No.: C 06-4018 JCS                                           DOCSSFO-12449494.1

Stipulation And [Proposed] Order Continuing Case Management Conference And Related Deadlines

The parties, by and through their undersigned counsel of record, hereby stipulate to continue the date presently scheduled for the Case Management Conference—and all other case-related deadlines—by at least 60 days. The parties request the Court's approval of this stipulation because they believe such an extension of time will put the parties in the best position to continue pursuing the significant efforts at early resolution of this matter that have taken place and remain ongoing.

Each of the defendants have expressed a strong interest in resolving this dispute. Serious discussions have taken place, including several face-to-face meetings between the parties' counsel and key corporate personnel, some of whom traveled from Japan to attend the meetings. If this Stipulation is granted by the Court, the parties plan to use the additional time to conduct further face-to-face meetings, as well as to facilitate other settlement communications, in the hopes of achieving settlement. Indeed, the parties will continue their respective discussions during face-to-face meetings that are scheduled to take place next week in Washington, D.C.

The parties believe there is a significant opportunity to achieve early resolution of what will otherwise be significant litigation requiring a great expenditure of resources by the Court, the parties, and certain non parties as well. Accordingly, the parties respectfully submit that the requested continuance may serve to prevent a needless waste of the time and resources of the Court and the parties, and that it thereby promotes the interests of judicial economy.

The parties thus hereby stipulate—with counsel for Defendants (none of which has been served) specially appearing for the purposes of this Stipulation only—to the following dates and deadlines:

**November 10, 2006**:    Last day to meet and confer re Initial Disclosures, early settlement, ADR process selection, and discovery plan

Last day to file/serve ADR Certification of Parties and Counsel

Last day to file/serve either Stipulation and Proposed Order Selecting ADR Process or Notice of Need for ADR Phone Conference

**November 24, 2006**:    Last day to file/serve Case Management Statement and Rule 26(f) Report

| | |
|---|---|
| **December 4, 2006**: | Case Management Conference, at 4:00 p.m. |
| **December 11, 2006**: | Last day to serve Initial Disclosures under Rule 26(a) |

DATED: September 6, 2006.

REED SMITH LLP

By _____
John P. Bovich
Attorney for Plaintiff
Intergraph Hardware Technologies Company

DATED: September 5, 2006.

ROBINS, KAPLAN, MILLER & CIRESI LLP

By _____
William H. Manning
Attorney for Plaintiff
Intergraph Hardware Technologies Company

DATED: September 5, 2006.

FOLEY & LARDNER LLP

By _____
Stephen M. Lobbin
Specially appearing for Defendants
Toshiba Corporation and Toshiba America
Information Systems, Inc.

DATED: September 6, 2006.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By /s/ Robert M. Masters
Robert M. Masters
Specially appearing for Defendants
NEC Corporation, NEC USA, Inc., NEC Solutions (America), Inc., and NEC Unified Solutions, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/8, 2006.



IT IS SO ORDERED
Judge Marilyn H. Patel

Marilyn H. Patel
United States District Judge

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, California 94111. On the date set forth below, I served the following document(s) by the method indicated below:

1. **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

☒ by transmitting via facsimile on this date from fax number 415.391.8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed and was reported complete and without error. The transmission report was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 6, 2006, at San Francisco, California.

*/s/ Patricia J. Preble*
Patricia J. Preble

**SERVICE LIST**
**Intergraph Hardware Technologies Co. v. Toshiba**
United States District Court of CA – San Francisco Division
No.: C 06-04018 MHP

| | |
|---|---|
| William H. Manning<br>Brad P. Engdahl<br>David J. Wallace-Jackson<br>Eric S. Jackson<br>Jacob Zimmerman<br>ROBINS, KAPLAN, MILLER<br>  & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015<br><br>Telephone: 612.349.8500<br>Facsimile: 612.339.4181 | Attorneys for Plaintiff<br>Intergraph Hardware Technologies Company |
| Stephen M. Lobbin<br>FOLEY & LARDNER L.L.P.<br>2029 Century Park East<br>Suite 3500<br>Los Angeles, CA  90067<br><br>Telephone: (310) 277-2223<br>Facsimile: (310) 557-8475 | Specially appearing for Defendants<br>Toshiba Corporation and Toshiba America Information Systems, Inc. |
| Robert M. Masters<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER L.L.P.<br>875 15th Street, N.W<br>Washington, District of Columbia 20005<br><br>Telephone: 202-551-1763<br>Facsimile: 202-551-0173 | Specially appearing for Defendatns<br>NEC Corporation, NEC USA, Inc., NEC Solutions (America), Inc., and NEC Unified Solutions, Inc. |