ORIGINAL

RECEIVED

06 NOV -6 PM 4: 26

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

Intergraph Hardware Technologies Company,

          Plaintiff(s),

v.

Toshiba Corporation and Toshiba America Information Systems, Inc. et al.,

          Defendant(s).

CASE NO. C 06-04018 MHP

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John J. Feldhaus, an active member in good standing of the bar of the State of Virginia and District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Foley & Lardner LLP, 3000 K St., N.W., Washington, D.C. 20007

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Toshiba Corp. and Toshiba Am. Info. Sys., Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/8/06

Marilyn Hall Patel
United States District Judge