1  John P. Bovich (SBN 150688)
   William R. Overend (SBN 180209)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936
   Telephone:  415.543.8700
6  Facsimile:  415.391.8269

7  Robins, Kaplan, Miller & Ciresi L.L.P.
   William H. Manning, *pro hac vice*
8  Brad P. Engdahl, *pro hac vice*
   Eric S. Jackson, *pro hac vice*
9  Jacob S. Zimmerman, *pro hac vice*
   2800 LaSalle Plaza
10 800 LaSalle Avenue
   Minneapolis, MN 55402-2015
11 Telephone:  612-349-8500
   Facsimile:  612-339-4181
12
   Attorneys for Plaintiff
13 Intergraph Hardware Technologies Company

14
15                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
16                    SAN FRANCISCO DIVISION

17  INTERGRAPH HARDWARE
    TECHNOLOGIES COMPANY,
    a Nevada corporation                     Case No.: C 06-04018 MHP
18
19          Plaintiff,                        STIPULATION AND [PROPOSED]
    v.                                       ORDER SELECTING ADR PROCESS
20
    (1) TOSHIBA CORPORATION, a               Honorable Marilyn Hall Patel
21      Japanese corporation,
22  (2) TOSHIBA AMERICA
        INFORMATION SYSTEMS, INC.,
        a California corporation,
23  (3) NEC CORPORATION, a Japanese
        corporation,
24  (4) NEC USA, INC., a New York
        corporation.
25  (5) NEC SOLUTIONS (AMERICA),
        INC., a Delaware corporation.
26
    (6) NEC UNIFIED SOLUTIONS, INC.,
27      a Nevada corporation,
28          Defendants.

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

      Non-binding Arbitration (ADR L.R. 4)

      Early Neutral Evaluation (ENE) (ADR L.R. 5)

X     Mediation (ADR L.R. 6)

**Private Process:**

      Private ADR (*please identify process and provider*):

The parties agree to hold the ADR session by:

      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X     other requested deadline: <u>Because the parties agree that settlement will best be explored after the Markman hearing, they request the deadline be set at 220 days from the date of the Order. If the Court so desires, the parties would be pleased to discuss this further at the Case Management Conference scheduled for December 4, 2006.</u>

DATED: November 10, 2006.

                            REED SMITH LLP

                            By _____
                            John P. Bovich
                            Attorneys for Plaintiff
                            Intergraph Hardware Technologies Company

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

DATED: November _/2_, 2006.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By _/s/ William H. Manning_
William H. Manning
Attorneys for Plaintiff
Intergraph Hardware Technologies Company

DATED: November __, 2006.

FOLEY & LARDNER, L.L.P.

By_____
John J. Feldhaus
3000 K Street, N.W., Suite 500
Washington, DC 20007
Attorneys for Toshiba Corporation and Toshiba
America Information Systems, Inc.

DATED: November __, 2006.

PAUL, HASTINGS, JANOFSKY & WALKER L.L.P.

By_____
Kevin C. McCann
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Attorneys for NEC Corporation, NEC USA, Inc.,
NEC Solutions (America), Inc., and NEC Unified
Solutions, Inc.

PAUL, HASTINGS, JANOFSKY & WALKER L.L.P.
Robert M. Masters
875 15th Street, N.W.
Washington, D.C. 20005
Attorneys for NEC Corporation, NEC USA, Inc.,
NEC Solutions (America), Inc., and NEC Unified
Solutions, Inc.

DATED: November __, 2006.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By_____
   William H. Manning
   Attorneys for Plaintiff
   Intergraph Hardware Technologies Company

DATED: November __, 2006.

FOLEY & LARDNER, L.L.P.

By _/s/ John J. Feldhaus_____
   John J. Feldhaus
   3000 K Street, N.W., Suite 500
   Washington, DC 20007
   Attorneys for Toshiba Corporation and Toshiba
   America Information Systems, Inc.

DATED: November __, 2006.

PAUL, HASTINGS, JANOFSKY & WALKER L.L.P.

By_____
   Kevin C. McCann
   55 Second Street
   Twenty-Fourth Floor
   San Francisco, CA 94105
   Attorneys for NEC Corporation, NEC USA, Inc.,
   NEC Solutions (America), Inc., and NEC Unified
   Solutions, Inc.

PAUL, HASTINGS, JANOFSKY & WALKER L.L.P.
   Robert M. Masters
   875 15th Street, N.W.
   Washington, D.C. 20005
   Attorneys for NEC Corporation, NEC USA, Inc.,
   NEC Solutions (America), Inc., and NEC Unified
   Solutions, Inc.

No.: C 06-4018 MHP        - 3 -        Stipulation and ~~Proposed~~ Order Selecting ADR Process

DATED: November __, 2006.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By_____
   William H. Manning
   Attorneys for Plaintiff
   Intergraph Hardware Technologies Company

DATED: November __, 2006.

FOLEY & LARDNER, L.L.P.

By_____
   John J. Feldhaus
   3000 K Street, N.W., Suite 500
   Washington, DC 20007
   Attorneys for Toshiba Corporation and Toshiba
   America Information Systems, Inc.

DATED: November 10, 2006.

PAUL, HASTINGS, JANOFSKY & WALKER L.L.P.

By_/s/_____
   Kevin C. McCann
   55 Second Street
   Twenty-Fourth Floor
   San Francisco, CA 94105
   Attorneys for NEC Corporation, NEC USA, Inc.,
   NEC Solutions (America), Inc., and NEC Unified
   Solutions, Inc.

PAUL, HASTINGS, JANOFSKY & WALKER L.L.P.
   Robert M. Masters
   875 15th Street, N.W.
   Washington, D.C. 20005
   Attorneys for NEC Corporation, NEC USA, Inc.,
   NEC Solutions (America), Inc., and NEC Unified
   Solutions, Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Non-binding Arbitration

    Early Neutral Evaluation (ENE)

X    Mediation

    Private ADR

Deadline for ADR session

    90 days from the date of this Order

X    Other: 220 days from the date of this Order

DATED: ___11/24___, 2006.

_____
Marilyn H. Patel
United States District Judge

(Signed and sealed: Judge Marilyn H. Patel, United States District Court, Northern District of California)

No.: C 06-4018 MHP      – 4 –      Stipulation and Proposed Order Selecting ADR Process