1  KEVIN C. McCANN (SB# 120874)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street, Twenty-Fourth Floor
   San Francisco, CA  94105
3  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
4  kevinmccann@paulhastings.com

5  Attorneys for Defendants
   NEC Corporation, NEC USA, Inc., NEC Solutions
6  (America), Inc., and NEC Unified Solutions, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, <br> 13  a Nevada corporation, <br> 14              Plaintiff, <br> 15       vs. <br> 16  (1)  TOSHIBA CORPORATION, a Japanese corporation, <br> 17  (2)  TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a <br> 18       California corporation, <br>      (3)  NEC CORPORATION, a Japanese <br> 19       corporation, <br>      (4)  NEC USA, INC., a New York <br> 20       corporation. <br>      (5)  NEC SOLUTIONS (AMERICA), <br> 21       INC., a Delaware corporation. <br>      (6)  NEC UNIFIED SOLUTIONS, INC., a <br> 22       Nevada corporation,, <br> 23              Defendants. | Case No.: C 06-04018 MHP <br><br> **STIPULATION EXTENDING TIME FOR THE NEC DEFENDANTS TO RESPOND TO COMPLAINT** <br><br><br> Place: Courtroom 15, 18th Floor <br><br> Honorable Marilyn Hall Patel |

24
25
26
27
28

1   WHEREAS, on June 28, 2006, plaintiff filed its Complaint for patent infringement
2   against Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., NEC
3   Corporation, NEC USA, Inc., NEC Solutions (America), Inc., and NEC Unified Solutions, Inc.
4   (the last four collectively, "the NEC Defendants");
5   WHEREAS, the NEC Defendants accepted service of the Complaint on
6   October 24, 2005;
7   WHEREAS, the plaintiff and the NEC Defendants have reached an agreement in
8   principle to resolve this dispute and are in the final stages of completing a formal agreement to
9   settle this action; and
10   WHEREAS, the interests of judicial efficiency, the administration of justice, and
11   the conservation of judicial and the parties' resources would thus now best be served by an initial
12   30-day extension for the NEC Defendants to respond to the Complaint;
13   **NOW THEREFORE**, it is hereby stipulated and agreed by plaintiff and the NEC
14   Defendants, through their respective undersigned counsel of record, that the NEC Defendants
15   shall have a 30-day extension of time to answer, move, or otherwise respond to the Complaint in
16   this action, to and including December 13, 2006. By executing this Stipulation, it is agreed that
17   the NEC Defendants have not waived, and expressly reserve, their rights to challenge the
18   Complaint on any basis. It is the intention of the parties to this agreement that this Stipulation
19   shall not affect the Case Management Conference scheduled for December 4, 2006.
20   **IT IS SO STIPULATED.**
21   DATED: November 10, 2006        JOHN P. BOVICH
                                     WILLIAM R. OVEREND
22                                   REED SMITH LLP
23                                   WILLIAM H. MANNING
24                                   ROBINS, KAPLAN, MILLER & CIRESI LLP
25                                   By: /s/ William H. Manning
26                                            William H. Manning
27                                   Attorneys for Plaintiff
                                     Intergraph Hardware Technologies Company
28

STIPULATION EXTENDING TIME TO
RESPOND [CASE NO.: C 06-04018 MHP]

| | | |
|---|---|---|
| 1 | DATED: November 10, 2006 | KEVIN C. McCANN |
| 2 | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: _____/s/ Kevin C. McCann_____
                Kevin C. McCann

Attorneys for Defendants
NEC Corporation, NEC USA, Inc., NEC Solutions (America), Inc., and NEC Unified Solutions, Inc.

Dated: 11/24/6

**IT IS SO ORDERED**
*[signature]*
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA