John P. Bovich (SBN 150688)
E-mail: jbovich@reedsmith.com
William R. Overend (SBN 180209)
E-mail: woverend@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:    415.543.8700
Facsimile:    415.391.8269

Robins, Kaplan, Miller & Ciresi L.L.P.
William H. Manning, *pro hac vice*
Brad P. Engdahl, *pro hac vice*
Eric S. Jackson, *pro hac vice*
Jacob S. Zimmerman, *pro hac vice*
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:    612-349-8500
Facsimile:    612-339-4181

Attorneys for Plaintiff/Counterclaim-defendant
Intergraph Hardware Technologies Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, a Nevada corporation,<br><br>    Plaintiff,<br>v.<br><br>TOSHIBA CORPORATION, a Japanese corporation, et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: C 06-04018 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING INTERGRAPH TO FILE A FIRST AMENDED COMPLAINT** |

No. C 06-04018MHP
Stipulation and Proposed Order Allowing Plaintiff To File First Amended Complaint

1  Pursuant to Civil Local Rule 6-2, Plaintiff/Counterclaim-defendant Intergraph Hardware Technologies Company ("Intergraph") and Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. (collectively "Toshiba"), by and through their counsel of record, hereby submit this Stipulation and Proposed Order Granting Intergraph Leave to File a First Amended Complaint. Pursuant to Civil Local Rule 6-2(a), the Declaration of William R. Overend, local counsel for Intergraph, is submitted herewith in support of this Stipulation and Proposed Order.

The proposed First Amended Complaint, attached as Exhibit A to the Overend Declaration, is exactly the same as the original Complaint, except that it adds three new Defendants, which are related to Defendant Toshiba Corporation and are responsible for the manufacture and sale of Point-of-Sale (POS) systems and the following: (1) the ST-7000 Modular POS Terminal; (2) the e-STUDIO KS-1000 Document Management & Storage Server; (3) the EFI Fiery Controller; and (4) the Vantage 1.5T Ultra-Short MRI. As set forth in the Overend Declaration, the granting of this Stipulation will not affect any other existing deadlines in this case.

DATED: December 4, 2006.   REED SMITH LLP


By /s/ William R. Overend
William R. Overend
Attorneys for Plaintiff/Counterclaim-defendant
Intergraph Hardware Technologies Company


DATED: December 4, 2006.   FOLEY & LARDNER, L.L.P.


By /s/ John J. Feldhaus
John J. Feldhaus
Attorneys for Defendants/Counterclaimants
Toshiba Corporation and Toshiba America
Information Systems, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Intergraph shall promptly file its First Amended Complaint with the Court; and

IT IS FURTHER ORDERED that Toshiba and the three new Defendants shall file an Answer to the First Amended Complaint within twenty (20) days of Intergraph's filing of the First Amended Complaint.

IT IS SO ORDERED.

DATED: _12/13/06_, 2006.

_____
The Honorable Marilyn Hall Patel
U.S. District Court Judge

No. C 06-04018MHP
Stipulation and Proposed Order Allowing Plaintiff To File First Amended Complaint