John P. Bovich (SBN 150688)
E-mail: jbovich@reedsmith.com
William R. Overend (SBN 180209)
E-mail: woverend@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:    415.543.8700
Facsimile:    415.391.8269

Robins, Kaplan, Miller & Ciresi L.L.P.
William H. Manning, *pro hac vice*
Brad P. Engdahl, *pro hac vice*
Eric S. Jackson, *pro hac vice*
Jacob S. Zimmerman, *pro hac vice*
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:    612-349-8500
Facsimile:    612-339-4181

Attorneys for Plaintiff/Counterclaim-defendant
Intergraph Hardware Technologies Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, a Nevada corporation, <br><br>            Plaintiff, <br>v. <br><br>TOSHIBA CORPORATION, a Japanese corporation, et al., <br><br>            Defendants. <br><br>AND RELATED COUNTERCLAIMS. | Case No.: C 06-04018 MHP <br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING HEARING DATE RE PROTECTIVE ORDER DISPUTE AND RE PARTIES' POSITION STATEMENTS RE PRODUCTION OF ALL ENGLISH TRANSLATIONS OF FOREIGN DOCUMENTS** <br><br>Honorable Marilyn Hall Patel |

No. C 06-04018MHP

Stipulation and Proposed Order Continuing Hearing Date

On December 4, 2006, the Court held a Case Management Conference which addressed, among other things, the following issues: (1) obtaining the Court's assistance in resolving issues regarding the entry of a Protective Order, which involve non-party Intel Corporation; and (2) a dispute between Intergraph and Toshiba regarding the production of English translations of foreign documents. The parties subsequently submitted briefing on the translation issue, and the Court set a telephonic hearing to address both issues for December 20, 2006, at 2:30 p.m.

Intel has requested that the hearing be rescheduled for December 21, 2006 and that the hearing be held in-person (instead of telephonically), and the parties are willing to accommodate that request. Accordingly, the parties and Intel, by and through their undersigned counsel, hereby stipulate to the following continuance:

Hearing on Protective Order dispute and dispute re production of English translations of foreign documents: ~~December 21, 2006, at 10:00 a.m.~~ January 8, 2007 at 3:00 p.m., in the Courtroom of the Honorable Marilyn Hall Patel.

DATED: December 14, 2006.

          ROBINS, KAPLAN, MILLER & CIRESI LLP

          By   /s/ William H. Manning
               William H. Manning
               Attorneys for Plaintiff
               Intergraph Hardware Technologies Company

DATED: December 14, 2006.

          FOLEY & LARDNER, L.L.P.

          By   /s/ John J. Feldhaus
               John J. Feldhaus
               3000 K Street, N.W., Suite 500, Washington, DC 20007
               Attorneys for Toshiba Corporation and Toshiba America Information Systems, Inc.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

DATED: December 14, 2006.

        WEIL, GOTSHAL & MANGES LLP

By   /s/ Garland Stephens
     Garland Stephens
     Attorneys for non-party Intel Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 19, 2006.

Marilyn Hall Patel
United States District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

No. C 06-04018MHP        -2-