John P. Bovich (SBN 150688)
William R. Overend (SBN 180209)
**REED SMITH LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     415.543.8700
Facsimile:      415.391.8269

William H. Manning (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:     612.349.8500
Facsimile:      612.339.4181

Attorneys for Plaintiff **Intergraph Hardware Technologies Company**

John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (State Bar No. 181195)
**FOLEY & LARDNER LLP**
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:      650.856.3710
E-mail:            <jfeldhaus@foley.com>
                       <slobbin@foley.com>

Attorneys for Defendants **Toshiba Corporation** and **Toshiba America Information Systems, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **INTERGRAPH HARDWARE TECHNOLOGIES COMPANY**, a Nevada corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>**TOSHIBA CORPORATION**, a Japanese corporation and **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**, et al.,<br><br>              Defendants. | ) Case No. 3:06-CV-04018 MHP<br>)<br>)<br>) **LOCAL RULE 6-1(A) STIPULATION**<br>) **EXTENDING TIME FOR TOSHIBA**<br>) **DEFENDANTS TO RESPOND TO DISCOVERY**<br>)  AND ORDER<br>))<br>)<br>)<br>)<br>)<br>) |

1

Pursuant to Local Rule (N.D. Cal.) 6-1(a), by and between the parties—Plaintiff Intergraph Hardware Technologies Company ("**Intergraph**") and Defendants Toshiba Corporation and Toshiba America Information Systems, Inc. (collectively "**Toshiba**")—IT IS HEREBY STIPULATED THAT:

1. On November 16, 2006, Intergraph served a first set of discovery requests on Toshiba, including a First Set of Interrogatories, a First Set of Requests for Production of Documents, and a First Set of Requests for Admission.

2. Pursuant to Toshiba's request for an extension of the due date for its responses, Intergraph agrees that the time within which Toshiba must respond to the foregoing discovery requests shall be extended thirty (30) days, to and including January 16, 2007.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 14, 2006     **ROBINS, KAPLAN, MILLER & CIRESI LLP**

/s/ William H. Manning
William H. Manning (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:     612.349.8500
Facsimile:      612.339.4181

Attorneys for Plaintiff **Intergraph Hardware Technologies Company**

Dated: December 14, 2006     **FOLEY & LARDNER LLP**

/s/ Stephen M. Lobbin
John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (State Bar No. 181195)
**FOLEY & LARDNER LLP**
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:      650.856.3710

Attorneys for Defendants **Toshiba Corporation** and **Toshiba America Information Systems, Inc.**

12/19/06

IT IS SO ORDERED
Judge Marilyn H. Patel

***CERTIFICATE OF SERVICE***

     I hereby certify that on December 14, 2006, I caused the following document: **LOCAL RULE 6-1(A) STIPULATION EXTENDING TIME FOR TOSHIBA DEFENDANTS TO RESPOND TO DISCOVERY** to be served via e-mail and First Class Mail to the following parties:

| | |
|---|---|
| William H. Manning<br>Brad P. Engdhal<br>Eric S. Jackson<br>Jacob S. Zimmerman<br>**Robins, Kaplan, Miller & Ciresi LLP**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015 | John P. Bovich<br>William R. Overend<br>**Reed Smith LLP**<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA  94111 |

               /s/ Stephen M. Lobbin