| | |
|---|---|
| 1 | KEVIN C. McCANN (SB# 120874) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | 55 Second Street, Twenty-Fourth Floor |
| | San Francisco, CA 94105 |
| 3 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 4 | kevinmccann@paulhastings.com |
| 5 | ROBERT M. MASTERS (SB # 435623) |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 6 | 875 15th Street, N.W. |
| | Washington, DC 20005 |
| 7 | Telephone: (202) 551-1700 |
| | Facsimile: (202) 551-1705 |
| 8 | robertmasters@paulhastings.com |
| 9 | Attorneys for Defendants |
| | NEC Corporation, NEC USA, Inc., NEC Solutions |
| 10 | (America), Inc., and NEC Unified Solutions, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, a Nevada corporation | Case No.: C 06-04018 MHP |
| | **STIPULATED ORDER OF DISMISSAL** |
| Plaintiff, | |
| | Place: Courtroom 15, 18th Floor |
| vs. | |
| | Honorable Marilyn Hall Patel |
| (1) TOSHIBA CORPORATION, a Japanese corporation, | |
| (2) TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation, | |
| (3) NEC CORPORATION, a Japanese corporation, | |
| (4) NEC USA, INC., a Delaware corporation, | |
| (5) NEC SOLUTIONS (AMERICA), INC., a Delaware corporation, | |
| (6) NEC UNIFIED SOLUTIONS, INC., a Nevada corporation, | |
| Defendants. | |

Case No.: C 06-04018 MHP     STIPULATED ORDER OF DISMISSAL

|   |   |   |
|---|---|---|
| 1 | Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedures, the plaintiff |   |
| 2 | Intergraph Hardware Technologies Company and defendants NEC Corporation; NEC USA, Inc.; |   |
| 3 | NEC Solutions (America), Inc. (now known as NEC Corporation of America); and NEC Unified |   |
| 4 | Solutions, Inc. hereby stipulate, by and through their respective counsel, that each and every |   |
| 5 | claim set forth in Intergraph Hardware Technologies Company's Complaint against NEC |   |
| 6 | Corporation; NEC USA, Inc.; NEC Solutions (America), Inc.; and NEC Unified Solutions, Inc., |   |
| 7 | in the above-captioned action, is dismissed with prejudice. |   |
| 8 | Each party is to bear its own costs. |   |

DATED: December 27, 2006         REED SMITH LLP
                                 JOHN P. BOVICH

                                 By:   /s/ John P. Bovich
                                       John P. Bovich

                                 Attorneys for Plaintiff
                                 Intergraph Hardware Technologies Company

DATED: December 27, 2006         ROBINS, KAPLAN, MILLER & CIRESI LLP
                                 WILLIAM H. MANNING

                                 By:   /s/ William H. Manning
                                       William H. Manning

                                 Attorneys for Plaintiff
                                 Intergraph Hardware Technologies Company

DATED: December 27, 2006         PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                 KEVIN C. McCANN

                                 By:   /s/ Kevin C. McCann
                                       Kevin C. McCann

                                 Attorneys for Defendants NEC Corporation,
                                 NEC USA, Inc., NEC Solutions (America), Inc.,
                                 and NEC Unified Solutions, Inc.

**IT IS SO ORDERED:**

DATED: 12/28/06

_____
Honorable Marilyn Hall Patel
United States District Judge

Case No.: C 06-04018 MHP                           STIPULATED ORDER OF DISMISSAL