John P. Bovich (SBN 150688)
E-mail: jbovich@reedsmith.com
William R. Overend (SBN 180209)
E-mail: woverend@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936
Telephone:  415.543.8700
Facsimile:  415.391.8269

Robins, Kaplan, Miller & Ciresi L.L.P.
William H. Manning, *pro hac vice*
Brad P. Engdahl, *pro hac vice*
Eric S. Jackson, *pro hac vice*
Jacob S. Zimmerman, *pro hac vice*
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:  612-349-8500
Facsimile:  612-339-4181

Attorneys for Plaintiff/Counterclaim-Defendant
Intergraph Hardware Technologies Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, a Nevada corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>TOSHIBA CORPORATION, a Japanese corporation, et al.,<br><br>　　　　　　Defendants.<br>―――――――――――――――――――<br>AND RELATED COUNTERCLAIMS. | Case No.: C 06-04018 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CANCELING HEARING RE PROTECTIVE ORDER DISPUTE AND RE PARTIES' POSITION STATEMENTS RE PRODUCTION OF ALL ENGLISH TRANSLATIONS OF FOREIGN DOCUMENTS**<br><br>Honorable Marilyn Hall Patel |

No. C 06-04018MHP

Stipulation and Proposed Order Canceling Hearing Date

Following the December 4, 2006, Case Management Conference, the parties requested the Court's assistance in resolving two issues: (1) a dispute between the parties and non-party Intel Corporation regarding the entry of a protective order; and (2) a dispute between the parties regarding the production of English translations of foreign documents. The Court initially set a telephonic hearing to address both matters for December 20, 2006, at 2:30 p.m.

After non-party Intel Corporation requested the hearing be rescheduled and held in-person rather than telephonically, the parties filed a Stipulation and Proposed Order Continuing Hearing Date Re Protective Order Dispute and Re Parties' Position Statements Re Production of All English Translations of Foreign Documents, which requested continuing the hearing to December 21, 2006, at 10:00 a.m. The Court subsequently notified counsel that it intended to move the hearing date to January 8, 2007.

The parties are pleased to inform the Court that because the protective order dispute has been resolved, they will soon be filing a proposed protective order. In addition, the parties have agreed to submit the issue of whether English translations of foreign language documents must be produced on their briefs. Of course, if the Court wants to question counsel for Intergraph or Toshiba on the translation issue, we are pleased to be available by phone at the Court's convenience.

Accordingly, the parties, by and through their undersigned counsel, hereby stipulate to the following:

The hearing on the protective order dispute and dispute re production of English translation set for January 8, 2007 in the Courtroom of the Honorable Marilyn Hall Patel is canceled; and

The dispute re whether English translations of foreign language documents must be produced is submitted on the papers.

DATED: December 29, 2006.

ROBINS, KAPLAN, MILLER & CIRESI LLP

By  /s/ William H. Manning
William H. Manning
Attorneys for Plaintiff/Counterclaim-Defendant
Intergraph Hardware Technologies Company

DATED:  December 29, 2006.

FOLEY & LARDNER, L.L.P.

By  /s/ John J. Feldhaus
John J. Feldhaus
Attorneys for Toshiba Corporation and Toshiba
America Information Systems, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  01/03 , 2007.

Marilyn Hall Patel
United States District Judge

No. C 06-04018MHP            - 3 -

Stipulation and Proposed Order Canceling Hearing Date

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: December 29, 2006.

                                    ROBINS, KAPLAN, MILLER & CIRESI LLP

                                    By      /s/ William H. Manning
                                          William H. Manning
                                          Attorneys for Plaintiff/Counterclaim-Defendant
                                          Intergraph Hardware Technologies Company