| | |
|---|---|
| 1 | John P. Bovich (SBN 150688) |
|   | William R. Overend (SBN 180209) |
| 2 | **REED SMITH LLP** |
|   | Two Embarcadero Center, Suite 2000 |
| 3 | San Francisco, CA  94111-3922 |
|   | Telephone:     415.543.8700 |
| 4 | Facsimile:      415.391.8269 |

William H. Manning (*pro hac vice*)
Brad P. Engdahl (*pro hac vice*)
Eric S. Jackson (*pro hac vice*)
Jacob S. Zimmerman (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI LLP**
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:     612.349.8500
Facsimile:      612.339.4181

Attorneys for Plaintiff **Intergraph Hardware Technologies Company**

John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (SBN 181195)
**FOLEY & LARDNER LLP**
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:      650.856.3710

Attorneys for Defendants **Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc.** and **Toshiba TEC America Retail Information Systems, Inc.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **INTERGRAPH HARDWARE TECHNOLOGIES COMPANY**, a Nevada corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>**TOSHIBA CORPORATION**, a Japanese corporation, et al.,<br><br>          Defendants. | ) Case No. 3:06-CV-04018 MHP<br>)<br>)<br>) **CIVIL LOCAL RULE 6-1(A) STIPULATION**<br>) **EXTENDING TIME FOR TOSHIBA**<br>) **DEFENDANTS TO RESPOND TO FIRST**<br>) **AMENDED COMPLAINT**<br>)<br>)<br>)<br>)<br>) |

1

LOCAL RULE 6-1(A) STIPULATION EXTENDING TIME
CASE NO. 3:06-CV-04018 MHP

LACA_783259.1

Pursuant to Civil Local Rule (N.D. Cal.) 6-1(a), by and between the parties—Plaintiff Intergraph Hardware Technologies Company ("Intergraph") and Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc. and Toshiba TEC America Retail Information Systems, Inc. (collectively "Toshiba")—IT IS HEREBY STIPULATED THAT:

1. Intergraph filed its First Amended Complaint on December 20, 2006.

2. Pursuant to Toshiba's request for an extension of time, Intergraph agrees that the time within which Toshiba must answer or otherwise respond to the First Amended Complaint shall be extended to and including February 5, 2007.

3. This stipulated extension will not alter any deadline already fixed by Court order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: January 3, 2007     **ROBINS, KAPLAN, MILLER & CIRESI LLP**

/s/ William H. Manning
William H. Manning (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI LLP**
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:     612.349.8500
Facsimile:     612.339.4181

Attorneys for Plaintiff **Intergraph Hardware Technologies Company**

Dated: January 3, 2007     **FOLEY & LARDNER LLP**

/s/ Stephen M. Lobbin
John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (State Bar No. 181195)
**FOLEY & LARDNER LLP**
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:     650.856.3710

Attorneys for Defendants **Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc.** and **Toshiba TEC America Retail Information Systems, Inc.**



IT IS SO ORDERED
Judge Marilyn H. Patel
01/04/07