| | |
|---|---|
| 1 | John P. Bovich (SBN 150688) |
|   | William R. Overend (SBN 180209) |
| 2 | **REED SMITH LLP** |
|   | Two Embarcadero Center, Suite 2000 |
| 3 | San Francisco, CA  94111-3922 |
|   | Telephone:     415.543.8700 |
| 4 | Facsimile:      415.391.8269 |
| 5 | William H. Manning (*pro hac vice*) |
|   | Brad P. Engdahl (*pro hac vice*) |
| 6 | Eric S. Jackson (*pro hac vice*) |
|   | Jacob S. Zimmerman (*pro hac vice*) |
| 7 | **ROBINS, KAPLAN, MILLER & CIRESI LLP** |
|   | 2800 LaSalle Plaza, 800 LaSalle Avenue |
| 8 | Minneapolis, MN  55402-2015 |
|   | Telephone:     612.349.8500 |
| 9 | Facsimile:      612.339.4181 |
| 10 | Attorneys for Plaintiff **Intergraph Hardware Technologies Company** |
| 11 | John J. Feldhaus (*pro hac vice*) |
|   | Stephen M. Lobbin (SBN 181195) |
| 12 | **FOLEY & LARDNER LLP** |
|   | 1530 Page Mill Road |
| 13 | Palo Alto, CA  94304-1125 |
|   | Telephone:     650.856.3700 |
| 14 | Facsimile:      650.856.3710 |
| 15 | Attorneys for Defendants **Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc.** and **Toshiba TEC America Retail Information Systems, Inc.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **INTERGRAPH HARDWARE TECHNOLOGIES COMPANY**, a Nevada corporation, | ) Case No. 3:06-CV-04018 MHP ) ) |
| Plaintiff, | ) **CIVIL LOCAL RULE 6-1(A) STIPULATION** ) **EXTENDING TIME FOR PARTIES'** ) **DISCLOSURES UNDER PLR 4-2 AND 4-3** |
| v. | ) ) |
| **TOSHIBA CORPORATION**, a Japanese corporation, et al., | ) ) ) |
| Defendants. | ) ) |

1

LOCAL RULE 6-1(A) STIPULATION EXTENDING TIME
CASE NO. 3:06-CV-04018 MHP

LACA_790919.1

Pursuant to Civil Local Rule (N.D. Cal.) 6-1(a), by and between the parties—Plaintiff Intergraph Hardware Technologies Company ("Intergraph") and Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc. and Toshiba TEC America Retail Information Systems, Inc. (collectively "Toshiba")—IT IS HEREBY STIPULATED THAT:

1. Intergraph filed its First Amended Complaint on December 20, 2006.

2. Toshiba filed its First Amended Answer to First Amended Complaint and First Amended Counterclaims on February 15, 2007.

3. Pursuant to Toshiba's request for a short extension of time, Intergraph agrees that the date for the parties to exchange "Preliminary Claim Constructions" under Patent Local Rule 4-2 shall be extended from February 23, 2007 to March 2, 2007."

4. The parties agree that the date for the parties to serve and file the "Joint Claim Construction and Prehearing Statement" under Patent Local Rule 4-3 shall be extended from March 27, 2007 to April 3, 2007.

5. This stipulated extension will not alter any other deadline already fixed by the Court.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  February 21, 2007          **ROBINS, KAPLAN, MILLER & CIRESI LLP**

/s/ Brad P. Engdahl
William H. Manning (*pro hac vice*)
Brad P. Engdahl (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI LLP**
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:     612.349.8500
Facsimile:      612.339.4181

Attorneys for Plaintiff **Intergraph Hardware Technologies Company**

| | | |
|---|---|---|
| 1 | Dated: February 21, 2007 | **FOLEY & LARDNER LLP** |
| 2 | | /s/ Stephen M. Lobbin |
| 3 | | John J. Feldhaus (*pro hac vice*)<br>Stephen M. Lobbin (State Bar No. 181195) |
| 4 | | **FOLEY & LARDNER LLP**<br>1530 Page Mill Road |
| 5 | | Palo Alto, CA  94304-1125<br>Telephone:     650.856.3700 |
| 6 | | Facsimile:      650.856.3710 |
| 7 | | Attorneys for Defendants **Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc.** and **Toshiba TEC America Retail Information Systems, Inc.** |



2/23/2007

***CERTIFICATE OF SERVICE***

     I hereby certify that under General Order (N.D. Cal.) 45.X.B, concurrence in the filing of the foregoing document: **CIVIL LOCAL RULE 6-1(A) STIPULATION EXTENDING TIME FOR PARTIES' DISCLOSURES UNDER PLR 4-2 AND 4-3** has been obtained from each signatory thereto, and that on February 21, 2007 I filed this document via ECF and thus served it under General Order (N.D. Cal.) 45.IX.A on the following parties:

| | |
|---|---|
| William H. Manning<br>Brad P. Engdahl<br>Eric S. Jackson<br>Jacob S. Zimmerman<br>**Robins, Kaplan, Miller & Ciresi LLP**<br>2800 LaSalle Plaza, 800 LaSalle Avenue<br>Minneapolis, MN  55402-2015 | John P. Bovich<br>William R. Overend<br>**Reed Smith LLP**<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA  94111 |

                                 /s/ Stephen M. Lobbin