1 | John P. Bovich (SBN 150688)
  | William R. Overend (SBN 180209)
2 | **REED SMITH LLP**
  | Two Embarcadero Center, Suite 2000
3 | San Francisco, CA  94111-3922
  | Telephone:     415.543.8700
4 | Facsimile:     415.391.8269

5 | William H. Manning (*pro hac vice*)
  | Brad P. Engdahl (*pro hac vice*)
6 | Eric S. Jackson (*pro hac vice*)
  | Jacob S. Zimmerman (*pro hac vice*)
7 | **ROBINS, KAPLAN, MILLER & CIRESI LLP**
  | 2800 LaSalle Plaza, 800 LaSalle Avenue
8 | Minneapolis, MN  55402-2015
  | Telephone:     612.349.8500
9 | Facsimile:     612.339.4181

10 | Attorneys for Plaintiff **Intergraph Hardware Technologies Company**

11 | John J. Feldhaus (*pro hac vice*)
   | Stephen M. Lobbin (SBN 181195)
12 | **FOLEY & LARDNER LLP**
   | 1530 Page Mill Road
13 | Palo Alto, CA  94304-1125
   | Telephone:     650.856.3700
14 | Facsimile:     650.856.3710

15 | Attorneys for Defendants **Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc.** and **Toshiba TEC America Retail Information Systems, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **INTERGRAPH HARDWARE TECHNOLOGIES COMPANY**, a Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> **TOSHIBA CORPORATION**, a Japanese corporation, et al., <br><br> Defendants. | Case No. 3:06-CV-04018 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER UNDER CIVIL LOCAL RULE 6-1(B) AND 6-2 EXTENDING PATENT LOCAL RULE 4-4 AND 4-5(A) DEADLINES BY ONE DAY** |

1

LOCAL RULE 6-1(B) STIPULATION EXTENDING TIME
CASE NO. 3:06-CV-04018 MHP

LACA_801941.1

Pursuant to Civil Local Rule (N.D. Cal.) 6-1(a), by and between the parties—Plaintiff Intergraph Hardware Technologies Company ("Intergraph") and Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc. and Toshiba TEC America Retail Information Systems, Inc. (collectively "Toshiba")—IT IS HEREBY STIPULATED THAT:

1. This Court's December 4, 2006 Order following the Case Management Conference set the following dates related to discovery and briefing on claim construction issues:

| | |
|---|---|
| Claim Construction Discovery Cutoff Under PLR 4-4: | April 26, 2007 |
| Intergraph's Claim Construction Brief Under PLR 4-5(a): | May 11, 2007 |
| Toshiba's Claim Construction Brief Under PLR 4-5(b): | May 25, 2007 |
| Intergraph's Reply Claim Construction Brief Under PLR 4-5(c): | June 1, 2007 |

2. Due to scheduling conflicts and in order to accommodate the convenience of the parties and witnesses, Intergraph has agreed to take the deposition of Toshiba's expert witness on claim construction issues on April 27, 2007 (one day past the Claim Construction Discovery Cutoff date) in Washington, D.C.  Toshiba has agreed that Intergraph's opening Claim Construction Brief Under PLR 4-5(a), currently due by Friday, May 11, 2007, shall instead be due by Monday, May 14, 2007, which is the next court day.

3. Pursuant to Civil L.R. 6-2(a)(1)-(3), this stipulated request is accompanied by the attached declaration setting forth (1) the reasons for the requested extension; (2) all previous time modifications in the case; and (3) the effect of the requested extension.  No other dates set by this Court's December 4, 2006 Order following the Case Management Conference require modification, nor does this stipulated extension alter any other deadline already fixed by the Court.

1   IT IS SO STIPULATED.

2                                           Respectfully submitted,

3   Dated: April 23, 2007                   **ROBINS, KAPLAN, MILLER & CIRESI LLP**

4                                           /s/ Brad P. Engdahl
                                            William H. Manning (*pro hac vice*)
5                                           Brad P. Engdahl (*pro hac vice*)
                                            **ROBINS, KAPLAN, MILLER & CIRESI LLP**
6                                           2800 LaSalle Plaza, 800 LaSalle Avenue
                                            Minneapolis, MN  55402-2015
7                                           Telephone:     612.349.8500
                                            Facsimile:     612.339.4181
8
                                            Attorneys for Plaintiff **Intergraph Hardware
9                                           Technologies Company**

10

11  Dated: April 23, 2007                   **FOLEY & LARDNER LLP**

12                                          /s/ Stephen M. Lobbin
                                            John J. Feldhaus (*pro hac vice*)
13                                          Stephen M. Lobbin (State Bar No. 181195)
                                            **FOLEY & LARDNER LLP**
14                                          1530 Page Mill Road
                                            Palo Alto, CA  94304-1125
15                                          Telephone:     650.856.3700
                                            Facsimile:     650.856.3710
16
                                            Attorneys for Defendants **Toshiba Corporation, Toshiba
17                                          America Information Systems, Inc., Toshiba America
                                            Medical Systems, Inc., Toshiba America Business
18                                          Solutions, Inc.** and **Toshiba TEC America Retail
                                            Information Systems, Inc.**

19

20

21                                          **ORDER**

22

23  IT IS SO ORDERED.

24

25  Dated: _April 25_____, 2007         _____
                                            Honorable Marilyn H. Patel
26                                          United States District Judge

27

28

                                            3
                                            LOCAL RULE 6-1(B) STIPULATION EXTENDING TIME
                                            CASE NO. 3:06-CV-04018 MHP

I, Stephen M. Lobbin, declare and state as follows:

1.  I am an attorney with Foley & Lardner LLP, counsel for the Toshiba Defendants in the above-captioned action. I have personal knowledge of the matters set forth below, and if called upon I could and would testify competently thereto.

2.  The reasons for the requested extension are stated in Paragraph 2 of the Stipulation herein, that is, "Due to scheduling conflicts and in order to accommodate the convenience of the parties and witnesses, Intergraph has agreed to take the deposition of Toshiba's expert witness on claim construction issues on April 27, 2007 (one day past the Claim Construction Discovery Cutoff date) in Washington, D.C.  Toshiba has agreed that Intergraph's opening Claim Construction Brief Under PLR 4-5(a), currently due by Friday, May 11, 2007, shall instead be due by Monday, May 14, 2007, which is the next court day."

3.  No previous time modifications have been sought or entered in this case which have altered any date set by this Court's December 4, 2006 Order following the Case Management Conference, or any other deadline already fixed by the Court.  Other time modifications have been entered, for example, extending the time for Plaintiff to respond reply to the Defendants' counterclaims, and extending the time for certain exchanges between the parties under this Court's Patent Local Rules.

4.  The effect of the requested extension is only that, as stated herein, this Court's Claim Construction Discovery Cutoff date of April 26, 2007 would be extended by one day to accommodate one deposition, and Intergraph's opening Claim Construction Brief Under PLR 4-5(a), currently due by Friday, May 11, 2007, instead would be due by Monday, May 14, 2007, which is the next court day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 23rd day of April, 2007 at Los Angeles, California.

/s/ Stephen M. Lobbin

## CERTIFICATE OF SERVICE

I hereby certify that under General Order (N.D. Cal.) 45.X.B, concurrence in the filing of the foregoing document: **STIPULATION AND [PROPOSED] ORDER UNDER CIVIL LOCAL RULE 6-1(B) AND 6-2 EXTENDING PATENT LOCAL RULE 4-4 AND 4-5(A) DEADLINES BY ONE DAY** has been obtained from each signatory thereto, and that on April 24, 2007 I filed this document via ECF and thus served it under General Order (N.D. Cal.) 45.IX.A on the following parties:

William H. Manning
Brad P. Engdahl
Eric S. Jackson
Jacob S. Zimmerman
**Robins, Kaplan, Miller & Ciresi LLP**
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN  55402-2015

John P. Bovich
William R. Overend
**Reed Smith LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111

/s/ Stephen M. Lobbin