John P. Bovich (SBN 150688)
William R. Overend (SBN 180209)
**REED SMITH LLP**
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:    415.543.8700
Facsimile:    415.391.8269

William H. Manning (*pro hac vice*)
Brad P. Engdahl (*pro hac vice*)
Eric S. Jackson (*pro hac vice*)
Jacob S. Zimmerman (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI LLP**
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:    612.349.8500
Facsimile:    612.339.4181

Attorneys for Plaintiff **Intergraph Hardware Technologies Company**

John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (SBN 181195)
**FOLEY & LARDNER LLP**
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:    650.856.3700
Facsimile:    650.856.3710

Attorneys for Defendants **Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc.** and **Toshiba TEC America Retail Information Systems, Inc.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **INTERGRAPH HARDWARE TECHNOLOGIES COMPANY**, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>**TOSHIBA CORPORATION**, a Japanese corporation, et al.,<br><br>Defendants. | ) Case No. 3:06-CV-04018 MHP<br>)<br>)<br>) **STIPULATION AND [PROPOSED] ORDER**<br>) **UNDER CIVIL LOCAL RULE 6-1(B) AND 6-2**<br>) **RESCHEDULING DATES FOR TUTORIAL**<br>) **AND CLAIM CONSTRUCTION HEARING**<br>)<br>)<br>)<br>)<br>) |

Pursuant to Civil Local Rule (N.D. Cal.) 6-1(a), by and between the parties—Plaintiff Intergraph Hardware Technologies Company ("Intergraph") and Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc. and Toshiba TEC America Retail Information Systems, Inc. (collectively "Toshiba")—IT IS HEREBY STIPULATED THAT:

1. The tutorial and claim construction hearings for this case were originally scheduled for June 8 and June 15, 2007, respectively. On June 4, 2007, the Court issued a Clerk's Notice Rescheduling the dates for the tutorial and claim construction hearing to June 21 and June 22, 2007 respectively.

2. Due to scheduling conflicts, the parties respectfully request that the tutorial and claim construction hearing be rescheduled to June 20 and June 21, 2007, respectively. The parties agree to these new dates and have confirmed them with Mr. Bowser. Both the tutorial and claim construction hearings will begin at 9:30 a.m.

3. Pursuant to Civil L.R. 6-2(a)(1)-(3), this stipulated request is accompanied by the attached declaration setting forth (1) the reasons for the requested rescheduling; (2) all previous time modifications in the case; and (3) the effect of the requested rescheduling.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 4, 2007    **ROBINS, KAPLAN, MILLER & CIRESI LLP**

/s/ Brad P. Engdahl
William H. Manning (*pro hac vice*)
Brad P. Engdahl (*pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI LLP**
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:     612.349.8500
Facsimile:      612.339.4181

Attorneys for Plaintiff **Intergraph Hardware Technologies Company**

1 | Dated: June 4, 2007

**FOLEY & LARDNER LLP**

/s/ Stephen M. Lobbin
John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (State Bar No. 181195)
**FOLEY & LARDNER LLP**
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:      650.856.3710

Attorneys for Defendants **Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc.** and **Toshiba TEC America Retail Information Systems, Inc.**

**ORDER**

IT IS SO ORDERED.

Dated: __June 5_____, 2007          _____
Honorable M...
United States...

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: June 4, 2007.

                                        ROBINS, KAPLAN, MILLER & CIRESI LLP

                                        By:  /s/ Brad P. Engdahl
                                                Brad P. Engdahl
                                                Attorneys for Plaintiff
                                                **Intergraph Hardware Technologies Company**

I, John P. Bovich, declare and state as follows:

1. I am an attorney with Reed Smith LLP, local counsel for Intergraph in the above-captioned action. I have personal knowledge of the matters set forth below, and if called upon I could and would testify competently thereto.

2. The reasons for the requested rescheduling are stated in Paragraph 2 of the Stipulation herein. Due to scheduling conflicts, the parties respectfully request that the dates for the tutorial and claim construction hearing be moved forward one day.

3. No previous time modifications have been sought or entered in this case which have altered any date set by this Court's December 4, 2006 Order following the Case Management Conference, or any other deadline already fixed by the Court, with the exception of the April 25, 2007 STIPULATION AND ORDER Extending Deadlines Re Patent Briefings One Day. Other time modifications have been entered, for example, extending the time for Plaintiff to respond reply to the Defendants' counterclaims, and extending the time for certain exchanges between the parties under this Court's Patent Local Rules, as well as extending the mediation deadline.

4. The effect of the requested extension would only affect the hearing dates for the tutorial and claim construction hearing. The briefing schedule pursuant to the original hearing date remains in effect.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 4th day of June, 2007 at San Francisco, California.

/s/ John P. Bovich