John P. Bovich (SBN 150688)
email:  jbovich@reedsmith.com
William R. Overend (SBN 180209)
email:  woverend@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

William H. Manning, *pro hac vice*
Brad P. Engdahl, *pro hac vice*
Eric S. Jackson, *pro hac vice*
Jacob S. Zimmerman, *pro hac vice*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone:     612.349.8500
Facsimile:     612.339.4181

Attorneys for Plaintiff Intergraph Hardware Technologies Company

John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (SBN 181195)
FOLEY & LARDNER LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:     650.856.3710

Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc. and Toshiba TEC America Retail Information Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOSHIBA CORPORATION, a Japanese corporation, et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No.: C 06-4018 MHP<br><br>**[PROPOSED] ORDER PERMITTING THE PARTIES TO BRING EQUIPMENT INTO COURTHOUSE FOR TECHNOLOGY TUTORIAL AND MARKMAN HEARING**<br><br>Technology Tutorial: ~~June 8, 2007~~  June 20, 2007<br>*Markman* Hearing: ~~June 15, 2007~~  June 21, 2007<br><br>Honorable Marilyn Hall Patel |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Intergraph Hardware Technologies Company and Defendant Toshiba jointly request that Aquipt, 376 Crooked Lane, King of Prussia, PA 19405, Telephone (877) 591-5141, be granted permission to bring the following equipment into the courthouse for use during the Technology Tutorial on June 8, 2007 at 9:00 a.m., and the Markman hearing scheduled for June 15, 2007 at 9:00 a.m.:

1 Epson 8300I Projector (5200L)

2 DaLite Projectostands (25"x17")

1 7.5'x10' Fastfold Screen (150")

1 Wolfvision Visualizer VZ-8 Plus

14 HP L1740 17" LCD Monitors

2 Inline 6in x 1out VGA Switches

2 Inline 1 in x 8 out VGA DA IN3268

2 Fender 150W Speakers

4 CAP-1 Computer Audio Patch (Mono)

1 Mackie Pro 6 Channel Mixer

2 Trial Tech Table (Luxor)

1 Easel 27x34" White Board w/Clip and flipchart

1 Instand Tripod Stand w/large tray

1 Keyspan Presentation Remote

The parties respectfully request that Aquipt be allowed access to the courtroom on June 7 and 14 (the day before the tutorial and Markman hearing) to set up the above equipment.

Dated:  June 1, 2007          REED SMITH LLP

                             /s/ John P. Bovich
                             John P. Bovich
                             Attorneys for Plaintiff Intergraph Hardware Technologies
                             Company

Dated:  June 1, 2007          FOLEY & LARDNER LLP

                             /s/ Stephen M. Lobbin
                             Stephen M. Lobbin

                             Attorneys for Defendants Toshiba Corporation, Toshiba
                             America Information Systems, Inc., Toshiba America
                             Medical Systems, Inc., Toshiba America Business
                             Solutions, Inc. and Toshiba TEC America Retail
                             Information Systems, Inc.

IT IS SO ORDERED.


DATED:   June 5, 2007

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER ALLOWING EQUIPMENT IN THE COURTROOM

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

**CERTIFICATION**

2

3

4        I hereby attest that concurrence in the filing of this document has been obtained by the above

5 named signatories.

6

7        DATED:  June 1, 2007

8                                    REED SMITH LLP

9                                    By:   /s/ John P. Bovich
                                          John P. Bovich
10                                        Attorneys for Plaintiff
                                          Intergraph Hardware Technologies Company
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ALLOWING EQUIPMENT IN THE COURTROOM

REED SMITH LLP
A limited liability partnership formed in the State of Delaware