John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (State Bar No. 181195)
**FOLEY & LARDNER LLP**
Washington Harbour
3000 K Street N.W., Suite 500
Washington, DC 20007-5143
Telephone:     202.672.5300
Facsimile:     202.672-5399
E-mail:        <jfeldhaus@foley.com>
               <slobbin@foley.com>

Attorneys for Defendants **Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc.** and **Toshiba TEC America Retail Information Systems, Inc.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **INTERGRAPH HARDWARE TECHNOLOGIES COMPANY**, a Nevada corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>**TOSHIBA CORPORATION**, a Japanese corporation, **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**, a California corporation, **TOSHIBA AMERICA MEDICAL SYSTEMS, INC.**, a California corporation, **TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.**, a California corporation, **TOSHIBA TEC AMERICA RETAIL INFORMATION SYSTEMS, INC.**, a Georgia/California corporation, et al.,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:06-CV-04018 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE *MARKMAN* SUR-REPLY BRIEF<br><br>Date: June 21, 2007<br>Time: 9:30 a.m.<br>Ctrm: 15, 18th Floor<br><br>Honorable Marilyn Hall Patel |

1  Defendants and Counterclaimants Toshiba Corporation, et al. have filed a Motion for Leave to
2  File a *Markman* Sur-Reply Brief in Support of Claim Construction.  The Court having considered
3  Toshiba's Motion and the evidence and arguments concerning the same, IT IS HEREBY ORDERED
4  THAT the Motion is GRANTED and that Toshiba's *Markman* Sur-Reply Brief attached to Toshiba's
5  Motion is deemed filed as of the date of this Order.
6  IT IS SO ORDERED.

9  Dated: ___June 21_____, 2007   _____
10                                       Honorable
                                         United States



## CERTIFICATE OF SERVICE

I hereby certify that on **June 11, 2007** I filed this document: **[PROPOSED] ORDER GRANTING TOSHIBA DEFENDANTS' MOTION FOR LEAVE TO FILE *MARKMAN* SUR-REPLY BRIEF** via ECF and thus served it under General Order (N.D. Cal.) 45.IX.A on the following parties:

| | |
|---|---|
| William H. Manning<br>Brad P. Engdahl<br>Eric S. Jackson<br>Jacob S. Zimmerman<br>**Robins, Kaplan, Miller & Ciresi LLP**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015 | John P. Bovich<br>William R. Overend<br>**Reed Smith LLP**<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA  94111 |

/s/ Stephen M. Lobbin