UNITED STATES DISTRICT COURT

Northern District of California

Intergraph Hardware Technologies Company,

CASE NO. C 06-04018 MHP

Plaintiff(s),

v.

Toshiba Corporation et al.,

Defendant(s).

(~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pavan K. Agarwal , an active member in good standing of the bar of Virginia whose business address and telephone number (particular court to which applicant is admitted) is Foley & Lardner LLP, 3000 K St., N.W., Washington, D.C. 20007 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing all Toshiba Defendants .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 21, 2007

_____
United States District Judge