John P. Bovich (SBN 150688)
William R. Overend (SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     415.543.8700
Facsimile:     415.391.8269

William H. Manning (*pro hac vice*)
Brad P. Engdahl (*pro hac vice*)
Eric S. Jackson (*pro hac vice*)
Jacob S. Zimmerman (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:     612.349.8500
Facsimile:     612.339.4181

Attorneys for Plaintiff Intergraph Hardware Technologies Company

John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (SBN 181195)
FOLEY & LARDNER LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:     650.856.3710

Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc. and Toshiba TEC America Retail Information Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, a Nevada corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>TOSHIBA CORPORATION, a Japanese corporation, et al.,<br><br>            Defendants. | Case No. 3:06-CV-04018 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PATENT LOCAL RULE DEADLINES; DECLARATION OF JOHN P. BOVICH IN SUPPORT THEREOF** |

1
Stipulation and Proposed Order To Continue Patent Local Rule Deadlines
CASE NO. 3:06-CV-04018 MHP

DOCSSFO-12488929.1

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Intergraph Hardware Technologies Company ("Intergraph") and Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc. and Toshiba TEC America Retail Information Systems, Inc. (collectively "Toshiba"), through their respective counsel of record, hereby stipulate as follows:

1.      Under the current schedule, the deadline under Patent Local Rule 3-6(a) for serving Intergraph's Final Infringement Contentions is September 4, 2007; the deadline under Patent Local Rule 3-6(b) for serving Toshiba's Final Invalidity Contentions is September 24, 2007; and the deadline under Patent Local Rule 3-8 for Toshiba to produce documents and/or serve a privilege log relating to opinion(s) of counsel on which Toshiba will rely as part of a defense to a claim of willful infringement is September 24, 2007.

2.      The parties are currently in the midst of a discovery dispute.  Intergraph contends that Toshiba's failure to comply with discovery requests has prevented Intergraph from complying with the September 4, 2007 deadline for Final Infringement Contentions.  As a result, Intergraph has requested a continuance of the above deadlines for 120 days.  Toshiba disputes Intergraph's contentions, but has agreed to a continuance as set forth herein.

3.      Accordingly, the parties hereby stipulate to the following continuance:

(a)     November 5, 2007:   last day for Intergraph to serve Final Infringement Contentions under Patent Local Rule 3-6(a) for Toshiba products for which RTL and Intel confidential documents were produced in the prior litigation in the Eastern District of Texas.  Intergraph will comply with this deadline, and will not seek a further extension of it, if Toshiba produces by September 26, 2007 a product list that identifies the specific Intel microprocessors and chipsets (both Intel and non-Intel);

(b)     December 3, 2007:   last day for Intergraph to serve Final Infringement Contentions under Patent Local Rule 3-6(a) for all other Toshiba products.  Intergraph will comply with this deadline if (i) Toshiba produces by September 26, 2007 a product list regarding these other products which identifies products by microprocessor and chipsets and if (ii) Intel produces by September 26, 2007 the related documentation previously requested by Intergraph.

1        (c)    December 23, 2007: last day for Toshiba to serve Final Invalidity Contentions under Patent Local Rule 3-6(b) and last day for Toshiba to comply with Patent Local Rule 3-8.

    4.    Pursuant to Civil L.R. 6-2(a)(1)-(3), this stipulated request is accompanied by the attached declaration setting forth (1) the reasons for the requested rescheduling; (2) all previous time modifications in the case; and (3) the effect of the requested rescheduling.

    IT IS SO STIPULATED.

                                             Respectfully submitted,

Dated: August 28, 2007.                ROBINS, KAPLAN, MILLER & CIRESI LLP

                                             /s/ Brad P. Engdahl
                                             William H. Manning (*pro hac vice*)
                                             Brad P. Engdahl (*pro hac vice*)
                                             ROBINS, KAPLAN, MILLER & CIRESI LLP
                                             2800 LaSalle Plaza, 800 LaSalle Avenue
                                           Minneapolis, MN 55402-2015
                                           Telephone:    612.349.8500
                                           Facsimile:    612.339.4181

                                           Attorneys for Plaintiff Intergraph Hardware Technologies Company

Dated: August 28, 2007.                FOLEY & LARDNER LLP

                                           /s/ John J. Feldhaus
                                           John J. Feldhaus (*pro hac vice*)
                                           Stephen M. Lobbin (State Bar No. 181195)
                                           FOLEY & LARDNER LLP
                                           1530 Page Mill Road
                                           Palo Alto, CA 94304-1125
                                           Telephone:    650.856.3700
                                           Facsimile:    650.856.3710

                                         Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc. and Toshiba TEC America Retail Information Systems, Inc.

1

2

**ORDER**

3

4      PURSUANT TO STIPULATION, IT IS SO ORDERED.

5   Dated: August 28 , 2007

6      _____
       Honorable Marilyn Hall Patel
7      United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**CERTIFICATION**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

DATED: August 28, 2007.

              ROBINS, KAPLAN, MILLER & CIRESI LLP

              By:  /s/ Brad P. Engdahl
                Brad P. Engdahl
                Attorneys for Plaintiff
                Intergraph Hardware Technologies Company

I, John P. Bovich, declare:

1. I am a partner with Reed Smith LLP, local counsel for Intergraph in the above-captioned action. I have personal knowledge of the matters set forth below, and if called upon I could and would testify competently thereto.

2. The reasons for the requested rescheduling are stated in Paragraphs 2 and 3 of the Stipulation herein. Although the parties are continuing their attempts at informal resolution, their ongoing discovery dispute requires a continuance of the Court's current Patent Local Rule deadlines.

3. No previous time modifications have been sought or entered in this case which have altered any date set by this Court's December 4, 2006 Order following the Case Management Conference, or any other deadline already fixed by the Court, with the exception of (a) the April 25, 2007 STIPULATION AND ORDER Extending Deadlines Re Patent Briefings One Day, and (b) the June 6, 2007 Stipulation and Order Rescheduling Tutorial and Claim Construction Hearing to June 20, 2007. Other time modifications have been entered, for example, extending the time for Plaintiff to respond reply to the Defendants' counterclaims, and extending the time for certain exchanges between the parties under this Court's Patent Local Rules, as well as extending the mediation deadline.

4. The requested extension would affect only the deadlines under Patent Local Rules 3-6 and 3-8, but will not affect other case deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28rd day of August, 2007 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　/s/ John P. Bovich