John P. Bovich (SBN 150688)
William R. Overend (SBN 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:     415.543.8700
Facsimile:     415.391.8269

William H. Manning (*pro hac vice*)
Brad P. Engdahl (*pro hac vice*)
Eric S. Jackson (*pro hac vice*)
Jacob S. Zimmerman (*pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN  55402-2015
Telephone:     612.349.8500
Facsimile:     612.339.4181

Attorneys for Plaintiff Intergraph Hardware Technologies Company

John J. Feldhaus (*pro hac vice*)
Stephen M. Lobbin (SBN 181195)
FOLEY & LARDNER LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125
Telephone:     650.856.3700
Facsimile:     650.856.3710

Attorneys for Defendants Toshiba Corporation, Toshiba America Information
Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business
Solutions, Inc. and Toshiba TEC America Retail Information Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, a Nevada corporation, | ) Case No. 3:06-CV-04018 MHP ) ) |
| Plaintiff, | ) **SECOND STIPULATION AND [PROPOSED]** ) **ORDER TO CONTINUE PATENT LOCAL** ) **RULE DEADLINES; DECLARATION OF** |
| v. | ) **JOHN P. BOVICH IN SUPPORT THEREOF** ) |
| TOSHIBA CORPORATION, a Japanese corporation, et al., | ) ) ) |
| Defendants. | ) |

1    Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Intergraph Hardware Technologies Company

2  ("Intergraph") and Defendants Toshiba Corporation, Toshiba America Information Systems, Inc.,

3  Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc. and Toshiba TEC

4  America Retail Information Systems, Inc. (collectively "Toshiba"), through their respective counsel of

5  record, hereby stipulate to a three (3) month continuance of deadlines below.  The parties make this

6  request on the grounds that they have entered into a fully-executed Settlement Agreement.  When the

7  payment is made under that Settlement Agreement in December 2007, the parties will proceed to file a

8  dismissal of this action with prejudice.

9    Accordingly, the parties hereby stipulate to the following continuance:

10    (a)    February 5, 2008 (previously November 5, 2007):  last day for Intergraph to serve

11  Final Infringement Contentions under Patent Local Rule 3-6(a) for Toshiba products for which RTL and

12  Intel confidential documents were produced in the prior litigation in the Eastern District of Texas; and

13    (b)    March 3, 2008 (previously December 3, 2007):  last day for Intergraph to serve

14  Final Infringement Contentions under Patent Local Rule 3-6(a) for all other Toshiba products; and

15    (c)    March 24, 2008 (previously December 23, 2007):  last day for Toshiba to serve

16  Final Invalidity Contentions under Patent Local Rule 3-6(b) and last day for Toshiba to comply with

17  Patent Local Rule 3-8.

18

19  - - - - -

20  - - - - -

21  - - - - -

22  - - - - -

23  - - - - -

24  - - - - -

25  - - - - -

26  - - - - -

27  - - - - -

28  - - - - -

DOCSSFO-12496622.1

1    Pursuant to Civil L.R. 6-2(a)(1)-(3), this stipulated request is accompanied by the attached

2    declaration setting forth (1) the reasons for the requested rescheduling; (2) all previous time

3    modifications in the case; and (3) the effect of the requested rescheduling.

4    IT IS SO STIPULATED.

5                                          Respectfully submitted,

6    Dated:  November 2, 2007.            ROBINS, KAPLAN, MILLER & CIRESI LLP

7                                          /s/ Brad P. Engdahl
8                                          William H. Manning (*pro hac vice*)
                                           Brad P. Engdahl (*pro hac vice*)
9                                          ROBINS, KAPLAN, MILLER & CIRESI LLP
                                           2800 LaSalle Plaza, 800 LaSalle Avenue
10                                         Minneapolis, MN  55402-2015
                                           Telephone:    612.349.8500
11                                         Facsimile:     612.339.4181

12                                         Attorneys for Plaintiff Intergraph Hardware Technologies
                                           Company
13

14   Dated:  November 2, 2007.            FOLEY & LARDNER LLP

15                                         /s/ John J. Feldhaus
16                                         John J. Feldhaus (*pro hac vice*)
                                           FOLEY & LARDNER LLP
17                                         1530 Page Mill Road
                                           Palo Alto, CA  94304-1125
                                           Telephone:    650.856.3700
18                                         Facsimile:     650.856.3710

19                                         Attorneys for Defendants Toshiba Corporation, Toshiba
                                           America Information Systems, Inc., Toshiba America
20                                         Medical Systems, Inc., Toshiba America Business
                                           Solutions, Inc. and Toshiba TEC America Retail
21                                         Information Systems, Inc.

22

23                                         **ORDER**

24

25        PURSUANT TO STIPULATION, IT IS SO ORDERED.

26   Dated:  November 6, 2007    , 2007

27                                         Honorable Marilyn H.
                                           United States District

28

                                    3
Second Stipulation and Proposed Order To Continue Patent Local Rule Deadlines
                        CASE NO. 3:06-CV-04018 MHP

DOCSSFO-12496622.1

1

**CERTIFICATION**

2

3

I hereby attest that concurrence in the filing of this document has been obtained by the above

4

named signatories.

5

6

DATED:  November 2, 2007.

7

ROBINS, KAPLAN, MILLER & CIRESI LLP

8

By:   /s/ Brad P. Engdahl
      Brad P. Engdahl

9

      Attorneys for Plaintiff
      Intergraph Hardware Technologies Company

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Second Stipulation and Proposed Order To Continue Patent Local Rule Deadlines
CASE NO. 3:06-CV-04018 MHP

DOCSSFO-12496622.1

1    I, John P. Bovich, declare:

2    1.    I am a partner with Reed Smith LLP, local counsel for Intergraph in the above-captioned

3    action.  I have personal knowledge of the matters set forth below, and if called upon I could and would

4    testify competently thereto.

5    2.    The reasons for the requested rescheduling are stated in the Stipulation herein.

6    Specifically, the parties have entered into a fully-executed Settlement Agreement and are awaiting the

7    first payment under that Agreement, at which time they will proceed to dismiss the action with

8    prejudice.

9    3.    No previous time modifications have been sought or entered in this case which have

10   altered any date set by this Court's December 4, 2006 Order following the Case Management

11   Conference, or any other deadline already fixed by the Court, with the exception of (a) the April 25,

12   2007 STIPULATION AND ORDER Extending Deadlines Re Patent Briefings One Day, (b) the June 6,

13   2007 Stipulation and Order Rescheduling Tutorial and Claim Construction Hearing to June 20, 2007,

14   and (c) the August 29, 2007 Stipulation and Proposed Order Continuing Patent Local Rule Deadlines.

15   Other time modifications have been entered, for example, extending the time for Plaintiff to respond

16   reply to the Defendants' counterclaims, and extending the time for certain exchanges between the parties

17   under this Court's Patent Local Rules, as well as extending the mediation deadline.

18   4.    The requested extension would affect only the deadlines under Patent Local Rules 3-6

19   and 3-8, but will not affect other case deadlines.

20   I declare under penalty of perjury under the laws of the United States of America that the

21   foregoing is true and correct.

22   Executed on this 2nd day of November, 2007 at San Francisco, California.

23

24   /s/ John P. Bovich

25

26

27

28

DOCSSFO-12496622.1