| | |
|---|---|
| 1 | John P. Bovich (SBN 150688) |
| 2 | William R. Overend (SBN 180209) |
| | REED SMITH LLP |
| 3 | Two Embarcadero Center, Suite 2000 |
| | San Francisco, CA 94111-3922 |
| 4 | **Mailing Address:** |
| | P.O. Box 7936 |
| 5 | San Francisco, CA 94120-7936 |
| | Telephone: 415.543.8700 |
| 6 | Facsimile: 415.391.8269 |
| 7 | Robins, Kaplan, Miller & Ciresi L.L.P. |
| | William H. Manning, *pro hac vice* |
| 8 | Brad P. Engdahl, *pro hac vice* |
| | Eric S. Jackson, *pro hac vice* |
| 9 | Jacob S. Zimmerman, *pro hac vice* |
| | 2800 LaSalle Plaza |
| 10 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402-2015 |
| 11 | Telephone: 612-349-8500 |
| | Facsimile: 612-339-4181 |
| 12 | |
| 13 | Attorneys for Plaintiff |
| | Intergraph Hardware Technologies Company |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| INTERGRAPH HARDWARE TECHNOLOGIES COMPANY, a Nevada corporation<br><br>Plaintiff,<br>v.<br><br>TOSHIBA CORPORATION, ET AL.,<br><br>Defendants. | Case No.: C 06-04018 MHP<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br>Honorable Marilyn Hall Patel |

## STIPULATED ORDER OF DISMISSAL

Plaintiff Intergraph Hardware Technologies Corp. and Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Medical Systems, Inc., Toshiba America Business Solutions, Inc., Toshiba TEC America Retail Information Systems, Inc. (collectively "Toshiba Defendants"),

| | |
|---|---|
| 1 | through undersigned counsel, respectfully move this Court to dismiss the above- |
| 2 | captioned matter with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil |
| 3 | Procedure. Counsel for the parties have agreed to settlement terms which obviate |
| 4 | the need for this litigation. Each party shall bear their own attorneys' fees, costs, |
| 5 | and disbursements. |

DATED: December 10, 2007.    REED SMITH LLP

By  s/ John P. Bovich
John P. Bovich
Attorneys for Plaintiff
Intergraph Hardware Technologies Company

DATED: December 10, 2007.    ROBINS, KAPLAN, MILLER & CIRESI LLP

By  s/ William H. Manning
William H. Manning
Attorneys for Plaintiff
Intergraph Hardware Technologies Company

DATED: December 10, 2007.    FOLEY & LARDNER LLP

By  s/ John J. Feldhaus
John J. Feldhaus (pro hac vice)
Attorneys for Toshiba Defendants

**IT IS SO ORDERED:**

DATED: December 17, 2007.

_____
Marilyn H. Patel
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*